United States District Court
for the Western District of Michigan

# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:18-cv-00467 | Rodriguez, et al v. Tustin et al | 10/08/18 |

**PARTIES**                                                         Attendees

| Name | On Behalf of |
|---|---|
| Luis Rodriguez | Plaintiff |
| David Martinez | Plaintiff |
| Michael Tustin | Defendant |
| Mikale Tustin | Defendant |
| Roxann Tustin | Defendant |
| Investments LLC | Represented By Michael Tustin |

**COUNSEL**

| Name | On Behalf of |
|---|---|
| Nakisha Chaney | Plaintiff |
| Jessica Glynn | Plaintiff |
| Mark Wilkinson | Defendant |
|  |  |
|  |  |

Result:         **X**     Settled in full - Final paperwork to be filed by: 11/9/18
                __     Mediation continuing - Date of Next Session:
                __     Not settled - Mediation Completed

Dated:         10/10/18                          /s/            H. Rhett Pinsky
                                                                Mediator